## 53575. STRINGFELLOW et al. v. THE STATE.

PER CURIAM.

Defendants were convicted of robbery. We have carefully and fully examined the enumerations of error, the brief and the transcript of evidence and find no basis to reverse the judgments of conviction and sentence.

*Judgment affirmed. Bell, C. J., McMurray and Smith, JJ., concur.*

SUBMITTED FEBRUARY 28, 1977 — DECIDED MARCH 14, 1977.

*A. E. Wallace, Jr.,* for appellants.
*E. Byron Smith, District Attorney, Hal Craig, Assistant District Attorney,* for appellee.